# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| RAAHKIIM BEY, | Case No. 3:20-cv-106 |
| Plaintiff, | District Judge Walter H. Rice |
| vs. | Magistrate Judge Sharon L. Ovington |
| DEAN GRAFILO, *et al.*, | |
| Defendants. | |

## ORDER

This matter is presently before the Court upon Plaintiff's Motion for Second Extension of Time and Compelling Service (Doc. 4). Plaintiff seeks additional time to serve Defendants because of difficulties arising from COVID-19 and asks that the Court compel LDA-PRO to serve Defendants.

Plaintiff's Motion for Second Extension of Time and Compelling Service is GRANTED in part and DENIED in part. Plaintiff must effect service by June 15, 2020. Plaintiff shall serve Defendants by mail in accordance with Cal. Civ. P. Code § 415.30. He does not need a process server.

**IT IS SO ORDERED.**

May 15, 2020

*s/Sharon L. Ovington*
Sharon L. Ovington
United States Magistrate Judge